UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN WHITBEY,<br><br>           Plaintiff,<br><br>    v.<br><br>ATRIUM MEDICAL GROUP, INC., *et al.*,<br><br>           Defendants. | Case No. 1:25-cv-00803-KES-CDB<br><br>ORDER ON STIPULATION TO AMEND COMPLAINT AND EXTEND RESPONSE DEADLINE<br><br>(Doc. 5) |

      Plaintiff Mary Ann Whitbey initiated this action with the filing of a complaint in state court on March 14, 2024. (Doc. 1-1). Defendants Atrium Medical Corporation and Maquet Cardiovascular, LLC, removed the action on July 2, 2025. (Doc. 1). Plaintiff asserts claims sounding in product liability arising from installation of a medical device. *See* (Doc. 1-1). Defendants did not file an answer in state court.

      Pending before the Court is the parties' stipulated agreement for Plaintiff to file an amended complaint and for an extension of time within which Defendants shall file their response. (Doc. 5). The parties represent that Plaintiff will amend the complaint on or before August 22, 2025, a "timeframe which is necessary to accommodate the availability of counsel." *Id.* at 2. Defendants shall file their response by September 12, 2025. *Id.*

      For good cause shown, the stipulated request will be granted. *See* Fed. R. Civ. P. 15(a)(2).

///

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. No later than August 22, 2025, Plaintiff SHALL FILE her first amended complaint; and
2. Defendants shall respond to the first amended complaint no later than September 12, 2025. *See* Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated:   **July 10, 2025**                              _____
                                                                                    UNITED STATES MAGISTRATE JUDGE