

# United States District Court
# Eastern District of California

Mary Ann Whitbey

Plaintiff(s)

V.

ATRIUM MEDICAL GROUP INC., MAQUET CARDIOVASCULAR LLC

Defendant(s)

Case Number: 1:25-CV-00803-KES-CDB

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Margaret C. Buckley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Atrium Medical Group Inc., Maquet Cardiovascular LLC

On 09/15/2021 (date), I was admitted to practice and presently in good standing in the Missouri (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/20/2025        Signature of Applicant: /s/ Margaret C. Buckley

**Pro Hac Vice Attorney**

Applicant's Name: Margaret C. Buckley
Law Firm Name: Shook, Hardy & Bacon L.L.P.
Address: 2555 Grand Blvd.
City: Kansas City  State: MO  Zip: 64108
Phone Number w/Area Code: (816) 474-6550
City and State of Residence: Kansas City, Missouri
Primary E-mail Address: mbuckley@shb.com
Secondary E-mail Address: dfennesy@shb.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alycia A. Degen
Law Firm Name: Shook, Hardy & Bacon L.L.P.
Address: 2121 Avenue of the Stars
Suite 1400
City: Los Angeles  State: CA  Zip: 90067
Phone Number w/Area Code: (424) 285-8330  Bar #: 211350

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 21, 2025

U.S. Magistrate Judge Christopher D. Baker