**LAW OFFICE OF MARTIN STANLEY**
Martin Louis Stanley, Esq. [State Bar No. 102413]
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Telephone:    (310) 399-2555
Facsimile:    (310) 399-1190
Email:        mstanleyesq@gmail.com

Attorney for *Plaintiff*, MARY ANN WHITBEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN WHITBEY,<br><br>Plaintiff,<br><br>vs.<br><br>ATRIUM MEDICAL GROUP INC., MAQUET CARDIOVASCULAR LLC, GETINGE GROUP, AND DOES 1-100, INCLUSIVE,<br><br>Defendant | Case No.: 1:25-cv-00803-KES-CDB<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND TO ALLOW PLAINTIFF TO FILE AN OPPOSITION, DUE TO COUNSEL'S ILLNESS/VERTIGO** |

Having considered the parties' stipulation, Doc. 16, and good cause appearing, it is hereby ordered as follows:

1. The hearing on defendants' Motion to Dismiss, currently set for November 3, 2025, is continued to January 20, 2026, at 1:30 PM in Courtroom 6 before District Judge Kirk E. Sherriff.

2. Plaintiff's opposition papers shall be filed and served by December 4, 2025.

3. Defendant's reply papers shall be filed and served by December 15, 2025.

IT IS SO ORDERED.

Dated:   October 29, 2025              _____
                                       UNITED STATES DISTRICT JUDGE

– 1 –
**ORDER RE STIPULATION TO CONTINUE HEARING**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28